UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against                                            **ORDER**
                                                        17 CR 512 (KMW)

EDWARD JIMINEZ,

                          Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

      On October 17, 2019, this Court sentenced defendant Jiminez to 176 months' in custody, following his plea of guilty to Narcotics Conspiracy.

      On October 30, 2019, the defendant sent a Notice of Appeal to the United States Attorney's Office for the Southern District of New York.

      Defendant's Notice of Appeal was timely, but he erred by sending it to the U.S. Attorney's Office rather than to the District Court Clerk's Office; the U.S. Attorney's Office failed to realize it had received the Notice of Appeal until recently.

      The Court hereby accepts the defendant's Notice of Appeal *nunc pro tunc*.

SO ORDERED.

Dated: New York, New York
January 28, 2020

                                                /s/ Kimba M. Wood
                                                KIMBA M. WOOD
                                                UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20