UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

v().

EDWARD JIMENEZ

                  Defendant.

-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 15, 2021
```

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On March 8, 2021, the Government responded to Defendant's motion to reduce his sentence under the federal compassionate release statute, 18 U.S.C. § 3582(c)(1)(A). (ECF No. 678.)

If Defendant wishes to file a reply, he must do so no later than April 23, 2021.[1]

SO ORDERED.

Dated: New York, New York
       March 15, 2021

                                          /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                      United States District Judge

---

[1] The Court is mindful that Defendant may be delayed in receiving and sending mail while incarcerated. The Court appreciates Defendant's efforts to file his reply as expeditiously as possible.